UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CLEAR SKIES NEVADA, LLC,

    Plaintiff,

v.                                          Case No:   6:15-cv-2026-Orl-31TBS

JAY BOWEN,

    Defendant.

## ORDER

When this case was filed on December 1, 2015, Plaintiff did not know Defendant's identity (Doc. 5).  On motion, the Court granted Plaintiff leave to conduct limited discovery to learn Defendant's identity (Doc. 9).  That discovery led to the identification of Defendant, on or about February 1, 2016 (Doc. 16).  The summons to Defendant was issued on February 16, and since then, a private process server has been attempting to locate and serve Defendant (Id.).  Plaintiff represents that its process server has reported that Defendant may be avoiding service (Id.).

Federal Rule of Civil Procedure 4(m) provides that absent good cause, an action should be dismissed without prejudice if service is not made within 90 days after the complaint is filed.  The same rule gives the Court authority to extend the time within to effect service of process.  Rule 6(b) empowers the Court, for good cause, to extend the time within to perform an act if the request is made before the original time expires. Plaintiff Clear Skies Nevada, LLC's Motion for Extension of Time to Serve Defendant was filed before the expiration of the 90 days (Id.).  And, the Court is persuaded that Plaintiff has shown good cause for an extension of time to serve Defendant.  Accordingly, the

motion is **GRANTED**.   Plaintiff has through March 31, 2016 to serve process on Defendant Jay Bowen.

**DONE** and **ORDERED** in Orlando, Florida on March 1, 2016.

THOMAS B. SMITH
United States Magistrate Judge

Copy furnished to Counsel of Record